IN RE: Lawrence M. LEVENSTEIN, Appellant

2017-1067

United States Court of Appeals, Federal Circuit.

October 10, 2017

JOHN S. NAGY, II, Fulwider Patton LLP, Los Angeles, CA, argued for appellant.

ROBERT J. MCMANUS, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, SARAH E. CRAVEN.

(Lourie, O'Malley, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

DROPLETS, INC., Appellant

v.

Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent & Trademark Office, Intervenor

2016-2140

United States Court of Appeals, Federal Circuit.

October 11, 2017

DANIEL LUKE GEYSER, Stris & Maher LLP, Los Angeles, CA, argued for appellant. Also represented by TIMOTHY BECHEN, Bechen PLLC, Richmond, VA.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, PHILIP J. WARRICK.

(Dyk, Reyna, and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**